) )

The United States District
For The Middle District of Florida
Criminal Division

FILED
2003 NOV -3 PM 3:22
CLERK U.S. DISTRICT COURT
TAMPA, FLORIDA

Larry Clark #020246
Sumter Correctional
Institution P.O. Box 667
Bushnell, Florida 33513

8:03CV2301-T23EAJ

- Vs -

James V. Crosby, Jr.
Secretary,
Department of Corrections
State of Florida

Hon: Charles J. Crist, Jr.
The Attorney General of
The State of Florida

Petition for Habeas Corpus
Under 28 U.S.C. § 2254

1

# Statement of facts:

1. The State Prosecution with held favorable evidence from the Defense at trial.

2. The State Prosecutor stated: In court there were no other suspects, when asked by the Defense Attorney.

3. Police Reports reveal other suspects, with blood on clothing, assailants fitting the description as well as their car in the police reports.

4. These Assailants were never shown to the Victim.

5. These Suspects were shown to an Downtrodden Alcoholic: In the vicinity of the crime scene, and released.

# Supreme Court of Florida

TUESDAY, OCTOBER 21, 2003

CASE NO.: SC03-1827
Lower Tribunal No.: 2D03-2289

LARRY CLARK     vs.     STATE OF FLORIDA

Petitioner(s)                      Respondent(s)

It appearing to the Court that it is without jurisdiction, the Petition for Review is hereby dismissed. See Jenkins v. State, 385 So. 2d 1356 (Fla. 1980). No Motion for Rehearing will be entertained by the Court.

A True Copy
Test:

Thomas D. Hall
Clerk, Supreme Court

oh
Served:

LARRY CLARK
HON. CHARLES J. CRIST, JR.
HON. WILLIAM FUENTE, JUDGE
HON. JAMES BIRKHOLD, CLERK
HON. RICHARD L. AKE, CLERK



# Supreme Court of Florida

Office of the Clerk
500 South Duval Street
Tallahassee, Florida 32399-1927

THOMAS D. HALL
  CLERK
DEBBIE CAUSSEAUX
  CHIEF DEPUTY CLERK
PORSCHE SHANTZ
  STAFF ATTORNEY

PHONE NUMBER (850) 488-0125
www.flcourts.org/clerk.html

## ACKNOWLEDGMENT OF NEW CASE

October 21, 2003

RE: LARRY CLARK    vs.    STATE OF FLORIDA

CASE NUMBER: SC03-1827
Lower Tribunal Case Number : 2D03-2289
Lower Tribunal Filing Date: 10/13/03

The Florida Supreme Court has received the following documents reflecting a filing date of 10/16/2003.

Notice to Invoke Discretionary Jurisdiction

The Florida Supreme Court's case number must be utilized on all pleadings and correspondence filed in this cause. Moreover, ALL PLEADINGS SIGNED BY AN ATTORNEY MUST INCLUDE THE ATTORNEY'S FLORIDA BAR NUMBER.

Please review and comply with any handouts, if any, enclosed with this acknowledgment.

oh
cc:
LARRY CLARK
HON. CHARLES J. CRIST, JR.
HON. JAMES BIRKHOLD, CLERK

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SECOND DISTRICT, POST OFFICE BOX 327, LAKELAND, FL 33802-0327

October 3, 2003

CASE NO.: 2D03-2289
L.T. No. : 81-10608

Larry Clark        v.        State Of Florida

Appellant / Petitioner(s),        Appellee / Respondent(s).

**BY ORDER OF THE COURT:**

Appellant's motion for rehearing is denied.

I HEREBY CERTIFY that the foregoing is a true copy of the original court order.

Served:

Larry Clark        Attorney General        Richard Ake, Clerk

dm

James Birkhold
Clerk

# OFFICE OF THE ATTORNEY GENERAL

## THE CAPITOL

### TALLAHASSEE, FLORIDA 32399-1050

**CHARLIE CRIST**
*Attorney General*
*State of Florida*

Reply to:
Office of the Attorney General
Criminal Division
Concourse Center 4
3507 E. Frontage Road, Suite 200
Tampa, Florida 33607-7013
(813)287-7900; SunCom 585-7900
Fax (813)281-5500

June 24, 2003

The Honorable James R. Birkhold
Clerk, District Court of Appeal
Second District
P. O. Box 327
Lakeland, FL 33802

RE:    Case Name:    Larry Clark v. State of Florida
       Case No.:       2D03-2289
       Category:      Summary 3.850

Dear Mr. Birkhold:

Appellee, the State of Florida, does not intend to file a brief in the above-captioned case unless requested to do so by the Court. This appears to be an appeal from the summary denial of post-conviction proceedings as indicated on the "Acknowledgment of New Case" received from this Honorable Court.

Thank you for your attention and assistance in this matter.

Sincerely yours,

JOHN M. KLAWIKOFSKY
Assistant Attorney General

cc:    Larry Clark
       DC #020246
       Sumter Correctional Inst.
       P.O. Box 667
       Bushnell, FL 33513

NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED.

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LARRY CLARK,

        Appellant,

v.

        CASE NO. 2D03-2289

STATE OF FLORIDA,

        Appellee.

Opinion filed September 3, 2003.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County;
William Fuente, Judge.

PER CURIAM.

        Affirmed.

DAVIS, COVINGTON, and VILLANTI, JJ., Concur.



# DISTRICT COURT OF APPEAL
### SECOND DISTRICT
1005 E. MEMORIAL BOULEVARD
LAKELAND, FLORIDA 33801-0327
(863)-499-2290

## ACKNOWLEDGMENT OF NEW CASE

DATE:     May 21, 2003

STYLE:    LARRY CLARK              v.   STATE OF FLORIDA

2DCA#:    2D03-2289

The Second District Court of Appeal has received the Notice of Appeal reflecting a filing date of 4/24/03

The county of origin is Hillsborough.

The lower tribunal case number provided is 81-10608

The filing fee is No Fee-3.850.

Case Type: Criminal - 3.850 Summary

The Second District Court of Appeal's case number must be utilized on all pleadings and correspondence filed in this cause. Moreover, ALL PLEADINGS SIGNED BY AN ATTORNEY MUST INCLUDE THE ATTORNEY'S FLORIDA BAR NUMBER.

Please review and comply with any handouts enclosed with this acknowledgment.

cc: Larry Clark          Attorney General          Richard Ake, Clerk

)                                    )

# DISTRICT COURT OF APPEAL
## SECOND DISTRICT
1005 E. MEMORIAL BLVD.
P.O. BOX 327
LAKELAND, FL 33802

Dear Appellant:

The attached sheet is a copy of a decision on your appeal in this court.

I am not permitted to explain the reason or reasons the court came to its decision in a case. I can tell you that decisions are reached in an appeal after review by this court of the record from the trial court, the briefs submitted, if applicable (briefs are not required in Summary Rule 3.850 or 3.800 appeals), as well as oral argument, if requested by counsel.

The attached decision means that after reviewing your appeal, this court has determined that there was not reversible error in the action taken by the trial court in your case, and the judgment, order or sentence you appealed was upheld and stands unchanged (affirmed).

Sincerely,

James Birkhold
Clerk

JB:cm

attachment

)                                  )

Wherefore, Petitioner Prays That the Court Grant Petitioner Relief to which He May be Entitled In this Proceeding.

I Declare that under Penalty of Perjury That the foregoing is True and Correct.

Executed - 10/30/03
           Date

/s/ Larry Clark
LARRY CLARK #020546
P.O. Box 667
Sumter Correctional Institution
Bushnell, Florida 33513

I Understand That Any False Statement or Answer To Any In This Application will Subject me to the Penalties of Perjury (A Fine of 250,000 or Imprisonment for Five 5 Years or Both.

I Declare That Under Penalty of Perjury That the foregoing is True and Correct.